IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ACTIVISION TV, INC.,<br><br>    Plaintiff,<br><br>vs.<br><br>PINNACLE BANCORP, INC., JON BRUNING, DAVID COOKSON, DAVID LOPEZ,<br><br>    Defendants. | 8:13CV215<br><br>ORDER |

Pursuant to a telephone conference this date,

IT IS ORDERED that:

1. Defendants Bruning, Cookson and Lopez shall file their motion and accompanying brief and/or response to pending motions on or before September 10, 2013;

2. Plaintiff shall file its response/reply brief on or before September 17, 2013;

3. A hearing/oral argument on pending motions is scheduled for **September 19, 2013, at 9:00 a.m**., before the undersigned, in Courtroom 3, Roman Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

Dated this 5th day of September, 2013.

            BY THE COURT:

            s/ Joseph F. Bataillon
            United States District Judge