# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ACTIVISION TV, INC., <br><br> Plaintiff, <br><br> v. <br><br> PINNACLE BANCORP, INC., <br><br> and <br><br> JON BRUNING, Attorney General of Nebraska (in his official capacity); DAVID D. COOKSON, Chief Deputy Attorney General of Nebraska (in his official capacity); DAVID A. LOPEZ, Assistant Attorney General of Nebraska (in his official capacity), <br><br> Defendants. | Case No. 8:13CV00215 <br><br> MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(1) OR 12(b)(6) |

COME NOW Defendants Jon Bruning, David D. Cookson, and David A. Lopez and move this Court for an order dismissing Plaintiff's First Amended Complaint pursuant to Federal Rules of Civil Procedure 12(b)(1) or 12(b)(6) for the reasons that Plaintiff lacks standing to assert its claims and because said complaint fails to state a claim upon which relief can be granted.

Submitted this 10th day of September, 2013.

JON BRUNING, DAVID D. COOKSON,
DAVID A. LOPEZ, Defendants.

By:   JON BRUNING, NE #20351
      *Attorney General of Nebraska*

By:   *s/ Dale A. Comer*
      Dale A. Comer, NE #15365
      *Assistant Attorney General*

Katherine J. Spohn, NE #22979
*Deputy Attorney General*

Gregory J. Walklin, NE #24210
Ryan S. Post, NE #24714
*Assistant Attorneys General*

2115 State Capitol
Lincoln, Nebraska 68509
(402) 471-2682
Dale.Comer@nebraska.gov
Katie.Spohn@nebraska.gov
Greg.Walklin@nebraska.gov
Ryan.Post@nebraska.gov

<u>Attorneys for Defendants Jon Bruning,
David D. Cookson, and David A. Lopez.</u>

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 10, 2013, I electronically filed the foregoing document with the Clerk of the United States District Court for the District of Nebraska, using the CM/ECF system, causing notice of such filing to be served upon all parties' counsel of record.

      By:    *s/ Dale A. Comer*
               Assistant Attorney General