IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ACTIVISION TV, INC., <br><br> Plaintiff, <br><br> v. <br><br> PINNACLE BANCORP, INC., <br><br> and <br><br> JON BRUNING, Attorney General of Nebraska (in his official capacity); DAVID D. COOKSON, Chief Deputy Attorney General of Nebraska (in his official capacity); DAVID A. LOPEZ, Assistant Attorney General of Nebraska (in his official capacity), <br><br> Defendants. | Case No. 8:13CV00215 |

**DEFENDANTS BRUNING, COOKSON AND LOPEZ'S INDEX OF EVIDENCE IN OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

COME NOW Defendants Jon Bruning, Attorney General of Nebraska, David D. Cookson, Chief Deputy Attorney General of Nebraska, and David A. Lopez, Assistant Attorney General of Nebraska, and hereby submit the following evidence in support of its Brief in Opposition to Plaintiff's Motion for Preliminary Injunction.

| Attachment | Description |
|---|---|
| A | Declaration of Gregory J. Walklin |
| Exhibit 1 | Letter dated October 2, 2012 to Nebraska Hematology Oncology PC from BriPol LLC. |

| Exhibit 2 | Letter dated December 7, 2012 to Nebraska Hematology Oncology PC from Farney Daniels. |
| --- | --- |
| Exhibit 3 | Letter dated May 9, 2013 to DEI Communities from Farney Daniels. |
| Exhibit 4 | Letter dated June 16, 2013 to DEI Communities from IsaMai LLC. |
| Exhibit 5 | Complaint in State of Vermont v. MPHJ Technology Investments, LLC, State of Vermont Superior Court, Washington Unit. |

Submitted this 10th day of September, 2013.

**JON BRUNING, DAVID D. COOKSON, DAVID A. LOPEZ, Defendants.**

By: JON BRUNING, NE #20351
*Attorney General of Nebraska*

By: *s/ Dale A. Comer*
Dale A. Comer, NE #15365
*Assistant Attorney General*

Katherine J. Spohn, NE #22979
*Deputy Attorney General*

Gregory J. Walklin, NE #24210
Ryan S. Post, NE #24714
*Assistant Attorneys General*

2115 State Capitol
Lincoln, Nebraska 68509
(402) 471-2682
Dale.Comer@nebraska.gov
Katie.Spohn@nebraska.gov
Greg.Walklin@nebraska.gov
Ryan.Post@nebraska.gov

Attorneys for Defendants Jon Bruning, David D. Cookson, and David A. Lopez.

# CERTIFICATE OF SERVICE

I hereby certify that on September 10, 2013, I electronically filed the foregoing document with the Clerk of the United States District Court for the District of Nebraska, using the CM/ECF system, causing notice of such filing to be served upon all parties' counsel of record.

By: *s/ Dale A. Comer*
Assistant Attorney General