IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ACTIVISION TV, INC.,<br><br>      Plaintiff,<br><br>  vs.<br><br>PINNACLE BANCORP, INC., JON BRUNING, DAVID COOKSON, DAVID LOPEZ,<br><br>      Defendants. | 8:13CV215<br><br>ORDER |

  This matter is before the Court on the motion for reconsideration, Filing No. 32, of this Court's order for preliminary injunction, Filing No. 31.  Plaintiff Activision asks this Court to make the following corrections to its Memorandum and Order, Filing No. 31:

  (1)  Activision asks the Court to change the language "In February of 2012 the Attorney General's office for the State of Nebraska began conducting an inquiry regarding these letters [sent on behalf of Activision]" to "In February of 2013 the Attorney General's office for the State of Nebraska began conducting an inquiry regarding these letters [sent on behalf of Activision]". See Filing No. 31, page 2 – Background Section.  The defendant Attorney General has no objection to this request.  Filing No. 36.  Accordingly, the Court will grant the request to amend.

  (2)  With regard to this same statement, Activision asks the Court to indicate that the Attorney General's inquiry related to MPHJ Technology Investments, LLC, not Activision.   The Attorney General states to the extent that if any language is need to clarify this issue, the Court should say "From February to June of 2013, the Nebraska Attorney General's Office Consumer Mediation Center received three complaints regarding patent license solicitation letters sent by Farney Daniels PC ("Farney

Daniels") and/or an entity named BriPol LLC, AccNum LLC, or IsaMai LLC, on behalf of an entity named MPHJ Technology Investments, LLC." Filing 23-1 at ¶ 3." The Court will likewise grant the motion as to this change and will file an Amended Memorandum and Order.

THEREFORE, IT IS ORDERED THAT Plaintiff's motion for reconsideration, Filing No. 32, is granted as set forth herein. The Court will file an Amended Memorandum and Order in conjunction with this Order.

Dated this 26th day of September, 2013.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge