# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ACTIVISION TV, INC., § § Plaintiff, § § and § § MPHJ TECHNOLOGY INVESTMENTS, § LLC, inclusive of its subsidiaries, § § Intervenor-Plaintiff, § § v. § § PINNACLE BANCORP, INC. § § Defendant, § § and § § JON BRUNING, Attorney General of § Nebraska (in his official capacity); § DAVID D. COOKSON, Chief Deputy § Attorney General of Nebraska (in his § official capacity); DAVID A. LOPEZ, § Assistant Attorney General of Nebraska § (in his official capacity), § § Defendants and § Intervenor-Defendants. § | Civil Action No. 8:13-cv-00215 |

## MPHJ TECHNOLOGY INVESTMENTS, LLC'S MOTION FOR PRELIMINARY INJUNCTION WITH RESPECT TO PATENT INQUIRY, LICENSING AND NOTICE CORRESPONDENCE

COMES NOW, Intervenor-Plaintiff MPHJ Technology Investments, LLC ("MPHJ") and moves this Court pursuant to FED. R. CIV. P. 65 for a preliminary injunction enjoining Defendants Bruning, Cookson and Lopez (collectively "the Nebraska AG" or "the AG Defendants") from taking any steps to enforce the Cease and Desist Order issued to Farney Daniels PC on July 18, 2013 in any manner that would prevent or impede the Farney Daniels

firm from representing MPHJ or its exclusive licensee subsidiaries in connection with the preparation and transmission of patent inquiry, licensing and notice correspondence regarding patents owned by MPHJ to companies based in, or having operations in, Nebraska.

As essentially this same issue has been heard and decided in this same case with respect to Plaintiff Activision TV, Inc. (Dkt. 41), MPHJ respectfully suggests no hearing is needed for the Court to understand and to decide the issues presented by this Motion.

WHEREFORE, for the reasons more fully detailed in the accompanying Memorandum in Support, MPHJ respectfully requests the Court expeditiously grant the requested preliminary injunction.

November 19, 2013               MPHJ TECHNOLOGY INVESTMENTS,
                                LLC, inclusive of its subsidiaries,
                                Intervenor-Plaintiff

                                By: /s/ W. Bryan Farney
                                W. Bryan Farney (admitted *pro hac vice*)
                                FARNEY DANIELS PC
                                800 South Austin Avenue, Ste. 200
                                Georgetown, Texas 78626
                                (512) 582-2828
                                bfarney@farneydaniels.com

                                M. Brett Johnson (admitted *pro hac vice*)
                                FARNEY DANIELS PC
                                8401 N. Central Expressway, Suite 280
                                Dallas, Texas 75225
                                (972) 432-5780
                                bjohnson@farneydaniels.com

                                Steven E. Achelpohl #10015
                                GROSS & WELCH P.C., L.L.O.
                                1500 Omaha Tower
                                2120 South 72nd Street
                                Omaha, Nebraska 68124-2342
                                (402) 392-1500
                                sachelpohl@grosswelch.com

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record, who are deemed to have consented to electronic service are being served November 19, 2013, with a copy of this document via the Court's CM/ECF system.

*/s/ W. Bryan Farney*
W. Bryan Farney
