## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ACTIVISION TV, INC., | |
| Plaintiff, | 8:13CV215 |
| and | |
| MPHJ TECHNOLOGY INVESTMENTS, LLC | ORDER |
| Intervenor Plaintiff, | |
| vs. | |
| PINNACLE BANCORP, INC., JON BRUNING, DAVID COOKSON, and DAVID LOPEZ, | |
| Defendants. | |

This matter is before the court on the plaintiff and intervenor plaintiff's motion to seal (Filing No. 105) and motion requesting this court investigate the defendant Jon Bruning's conduct (Filing No. 106). The movants seek to file the motion requesting an investigation under seal pursuant to NEGenR 1.8.

**IT IS ORDERED**:

1. The plaintiff and intervenor plaintiff's motion to seal (Filing No. 105) is granted as follows. The movants' motion (Filing No. 106), brief (Filing No. 107), and index of evidence (Filing No. 108) shall remain under access restricted to the movants, the court, and the defendant Jon Bruning and his counsel. The Clerk of Court shall amend the docket entries accordingly.

2. Jon Bruning shall have to **on or before January 27, 2014**, to file a response to the motion requesting this court investigate the defendant Jon Bruning's conduct (Filing No. 106). Jon Bruning shall file the response under seal. After filing the Clerk of Court shall amend the docket entry to allow access restricted to the court, the plaintiff, the intervenor plaintiff, and the defendant Jon Bruning and his counsel.

Dated this 13th day of January, 2014.

BY THE COURT:
 s/ Thomas D. Thalken
United States Magistrate Judge