IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ACTIVISION TV, INC., <br><br>      Plaintiff, <br>and <br><br>MPHJ TECHNOLOGY INVESTMENTS LLC, <br><br>      Intervenor-Plaintiff, <br><br>      vs. <br><br>PINNACLE BANCORP, INC., <br><br>      Defendant, <br>and <br><br>JON BRUNING, Attorney General of Nebraska; DAVID COOKSON, Chief Deputy Attorney General of Nebraska; and DAVID LOPEZ, Assistant Attorney General of Nebraska (in their official capacities), <br><br>      Defendants and <br>      Intervenor-Defendants.. | **8:13CV215** <br><br><br>**ORDER** |

The parties met and were unable to agree upon the form of a permanent injunction. Filing No. 121. As a result, Activision and MPHJ are ordered to submit their summary judgment motions on or before February 14, 2014. The state defendants are ordered to submit their response within 14 days of the filing of the summary judgment motions. Thereafter, Activision and MPHJ shall have 7 days to file a reply.

SO ORDERED.

Dated this 29th day of January, 2014.

                                              BY THE COURT:

                                              s/ Joseph F. Bataillon <br>
                                              United States District Judge