IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ACTIVISION TV, INC., | |
| Plaintiff, | **8:13CV215** |
| and | |
| MPHJ TECHNOLOGY INVESTMENTS, LLC, | |
| Intervenor-Plaintiff, | **ORDER** |
| vs. | |
| JON BRUNING, DAVID COOKSON, and DAVID LOPEZ, | |
| Defendants. | |

This matter is before the court on the defendants' interlocutory appeal, Filing No. 180, regarding this court's orders, Filing No. 177 and Filing No. 111.  The court notes that there are currently motions pending in this case.  The court will continue to progress this case and determine the case on the merits.  The defendants did not ask for, and this court sees no reason to issue, a stay pending this interlocutory appeal.

SO ORDERED.

Dated this 8th day of May, 2014.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge