IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ACTIVISION TV, INC., <br><br> Plaintiff, <br><br> and <br><br> MPHJ TECHNOLOGY INVESTMENTS, LLC, <br><br> Intervenor-Plaintiff, <br><br> vs. <br><br> JON BRUNING, DAVID COOKSON, and DAVID LOPEZ, <br><br> Defendants. | 8:13CV215 <br><br> **JUDGMENT** |

Pursuant to the Memorandum and Order entered on this date, judgment is entered in favor of the plaintiff and intervenor-plaintiff and against the defendants.

Dated this 2nd day of September, 2014.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge