# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ACTIVISION TV, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| and | § | |
| | § | |
| MPHJ TECHNOLOGY INVESTMENTS, | § | |
| LLC, inclusive of its subsidiaries, | § | |
| | § | |
| Intervenor-Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| PINNACLE BANCORP, INC., | § | |
| | § | |
| Defendant, | § | |
| | § | Civil Action No. 8:13-cv-00215 |
| and | § | |
| | § | |
| JON BRUNING, Attorney General of | § | |
| Nebraska (in his official capacity); | § | |
| DAVID D. COOKSON, Chief Deputy | § | |
| Attorney General of Nebraska (in his | § | |
| official capacity); DAVID A. LOPEZ, | § | |
| Assistant Attorney General of Nebraska | § | |
| (in his official capacity), | § | |
| | § | |
| Defendants and | § | |
| Intervenor Defendants. | § | |

## JOINT MOTION FOR ENTRY OF JUDGMENT AWARDING ATTORNEYS FEES

MPHJ Technology Investments, LLC ("MPHJ"), ActiveLight, Inc. (formerly "Activision TV, Inc.") ("Activision"), and Attorney General Bruning, Chief Deputy Attorney General Cookson, and Assistant Attorney General Lopez (collectively, "the State Defendants") respectfully submit this joint motion for entry of judgment awarding Plaintiff Activision its attorneys fees and costs in the amount of $325,000, and awarding Intervenor-Plaintiff MPHJ its

attorneys fees and costs in the amount of $400,000, where interest on the aforementioned

amounts will not accrue until on or after July 1, 2015.  The proposed judgment is attached hereto.

Respectfully submitted this 26th day of November, 2014.


By: JON BRUNING, NE #20351
*Attorney General of Nebraska*

By: */s/ Katherine J. Spohn*
Ryan S. Post, NE #24714
*Assistant Attorney General*

Katherine J. Spohn, NE #22979
*Deputy Attorney General*

Blake E. Johnson, NE #24158
*Assistant Attorneys General*

2115 State Capitol
Lincoln, Nebraska 68509
(402) 471-2682
Katie.Spohn@nebraska.gov
Ryan.Post@nebraska.gov
Blake.Johnson@nebraska.gov

## CERTIFICATE OF SERVICE

I hereby certify that on November 26, 2014, I electronically filed the foregoing document

with the Clerk of the United States District Court for the District of Nebraska, using the CM/ECF

system, causing notice of such filing to be served upon all parties' counsel of record.

By:    */s/ Katherine J. Spohn*
            Katherine J. Spohn