# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ACTIVISION TV, INC., | § § | |
| Plaintiff, | § § | Civil Action No. 8:13-cv-00215 |
| and | § § | |
| MPHJ TECHNOLOGY INVESTMENTS, LLC, | § § § | |
| Intervenor-Plaintiff, | § § | |
| v. | § § | |
| JON BRUNING, DAVID D. COOKSON, and DAVID A. LOPEZ, | § § § | |
| Defendants. | § | |

## JUDGMENT AWARDING FEES & COSTS TO PLAINTIFF ACTIVISION TV, INC AND INTERVENOR-PLAINTIFF MPHJ TECHNOLOGY INVESTMENTS, LLC.

Pursuant to the Joint Motion submitted by the parties in Filing No. 210, judgment is hereby entered awarding Plaintiff Activision TV, Inc. (now, ActiveLight, Inc.), for attorneys fees and costs, the amount of $325,000.00 and Intervenor-Plaintiff MPHJ Technology Investments, LLC, for attorneys fees and costs, the amount of $400,000.00.  Pursuant to the parties joint motion, interest on the aforementioned amounts will not accrue until on or after July 1, 2015.

Dated this 2nd day of December, 2014

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge